UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

ROBERT SHELTON and                          Chapter 13
DEBORAH SHELTON,                            Case No. 07-57833-MBM
                                            Hon. Marci B. McIvor

      Debtors.

_____/

**FIRST APPLICATION FOR COMPENSATION FOR SERVICES
RENDERED PRE- AND POST-CONFIRMATION**

Debtors' counsel, GOLD, LANGE & MAJOROS, P.C., submits this application pursuant to LBR 2016-2 (EDM) as follows:

1.  A.  Fees and costs previously approved: N/A.

   B.  Time period covered by previously approved fees and costs: N/A.

2.  A.  Fees and costs requested in present application:  Applicant requests fees in the amount of $2,917.00 and costs of $430.22, of which $500.00 has already been paid by Debtor, leaving a balance of $2,847.22.

   B.  Time period covered by present application: Fees are requested for services rendered September 6, 2007 through January 3, 2008.

3.  Nature of services rendered:

     A.     Applicant met with clients to prepare Chapter 13 documents.

     B.     Applicant prepared and filed emergency Chapter 13 petition.

     C.     Applicant prepared stipulation and order to extend deadline to file remaining documents.  Applicant conferred with Trustee's office regarding same.

     D.     Applicant prepared motion to extend deadlines.

     E.     Applicant prepared Chapter 13 plan.

F.      Applicant met with clients to review and sign remaining Chapter 13 documents.

G.      Applicant prepared letter to clients regarding §341 hearing and confirmation hearing dates, times and locations.

H.      Applicant prepared for and attended §341 hearing.  Applicant prepared letter to clients regarding plan responsibilities prior to confirmation.

I.      Applicant reviewed Trustee's objections to confirmation.

J.      Applicant reviewed Citizens Bank's objections to confirmation.  Applicant prepared letter to clients regarding same.

K.      Applicant conferred with Karen Rowse-Oberle regarding resolution of Citizen's objections to confirmation.

L.      Applicant conferred with Trustee's office regarding confirmation status.

M.      Applicant prepared for and attended confirmation hearing - case confirmed. Applicant prepared letter to clients regarding same.

N.      Applicant conferred with clients throughout case regarding case status and miscellaneous issues.

4.  In no instance is an award sought for the services of more than one attorney or paralegal per task performed.

5.  A copy of a proposed Order is attached as Exhibit A.

6.  An itemized time record is attached as Exhibit B.

7.  A breakdown of the firm's hourly rates is attached as Exhibit C.  Applicant's standard hourly rates are the same rates charged in non-bankruptcy matters for comparable services.

8.  A brief biographical statement is attached as Exhibit D.

Debtors' counsel requests that this Court enter an order approving attorney fees in the amount of $2,917.00 and costs of $430.22, of which $500.00 has already been paid by Debtor, leaving a balance of $2,847.22.

GOLD, LANGE & MAJOROS, P.C.


 /s/ Christopher Nelson
CHRISTOPHER NELSON (P70034)
24901 Northwestern Highway
Suite 444
Southfield, Michigan 48075
(248) 350-8220

Dated: January 8, 2008
H:\GLM CLIENTS - CH13\Shelton, Robert & Deborah\Fee App\First Fee App.wpd

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

ROBERT SHELTON and                        Chapter 13
DEBORAH SHELTON,                          Case No. 07-57833-MBM
                                          Hon. Marci B. McIvor

        Debtors.
_____/

## ORDER APPROVING FIRST FEE APPLICATION
## FOR SERVICES RENDERED PRE- AND POST-CONFIRMATION

        Debtor(s)' counsel, GOLD, LANGE & MAJOROS, P.C., filed and served on all interested parties an
application for fees pursuant to LBR 2016-2 (EDM).  No objections to the application have been received and a
certification of no response has been filed.  Therefore, the Court enters this Order.

        **IT IS HEREBY ORDERED:**

        1.      The Court approves Applicant's fees and expenses as follows:

                Prior Award for Fees:               $0
                Prior Award for Costs:              $0
                TOTAL AWARD TO DATE:                            $0

                This Award for Fees:                $2,917.00
                This Award for Costs:               $ 430.22
                TOTAL THIS AWARD:                               $3,347.22

                LESS PAYMENTS RECEIVED FOR ATTORNEY FEES:       $  226.00

                LESS PAYMENTS RECEIVED FOR EXPENSES:            $  274.00

                **AMOUNT TO BE DISBURSED BY CHAPTER 13 TRUSTEE:  $2,847.22**

                GRAND TOTAL FEES AND COSTS:                     $3,347.22

        2.      This award covers services rendered and expenses incurred from September 6, 2007 through
January 3, 2008.

        3.      Debtor's counsel shall serve a copy of this Order upon the Chapter 13 Trustee and provide a copy
to the Debtor(s).

        4.      The Chapter 13 Trustee shall disburse to Applicant the fees and expenses awarded herein from the
funds which first become available, subject to fees due and payable to the Clerk's office and Trustee's fees.

        5.      To the extent fees and expenses pursuant to this Order are not disbursed by the Chapter 13 Trustee,
they shall be paid directly by the debtor(s) following discharge, dismissal or conversion.

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 9/6/2007 | YO | Met with client regarding Chapter 13 emergency petition. Memo to file regarding same | 0.35 | 75.25 |
| | LM | Met with client to prepare Chapter 13 emergency and schedules | 1.50 | 127.50 |
| 9/7/2007 | TW | GreenPath e-mail briefing certs | 0.10 | NO CHARGE |
| 9/20/2007 | YO | Conference in office with Jonathan Sterling regarding filed response from trustee. Telephone call to Lisa K. Mullen - left message | 0.30 | 64.50 |
| 9/24/2007 | CFN | email to trustee regarding stip to extend time to file remaining docs. review stip regarding same. | 0.20 | 31.00 |
| | JS | Prepare stip and order to extend deadline to file remaining documents. | 0.30 | 46.50 |
| 9/24/2007 | YO | Draft motion to extend time | 0.30 | 64.50 |
| | YO | Review and execute motion to extend time. Interoffice conference e-mails regarding follow up | 0.10 | 21.50 |
| 9/25/2007 | YO | Telephone call to MBM chambers regarding stipulation and order. Review and execute withdrawal of our motion | 0.20 | 43.00 |
| 10/1/2007 | JCL | Review and respond to Nissan attorney e-mail | 0.10 | 27.50 |
| 10/3/2007 | JS | Review Schedules. Begin draft of chapter 13 plan. | 1.30 | 201.50 |
| | JS | Telephone call from client regarding garnishment and signing appointment | 0.20 | 31.00 |
| 10/4/2007 | JS | Telephone call to client regarding creditor phone calls. Left detailed message. | 0.10 | 15.50 |

**EXHIBIT B**

| | | | |
|---|---|---|---|
| 10/10/2007 JS | Meeting with clients in office to review and sign Chapter 13 documents. | 1.20 | 186.00 |
| JS | Review Judgment documents provided by client. | 0.35 | 54.25 |
| 10/11/2007 JS | Continued revisions to schedules, means test and statement of financial affairs. Receipt and review fax from client regarding tax returns and additional creditor information. Amend Plan regarding same. | 1.30 | 201.50 |
| 10/12/2007 JS | Review and execute plan and remaining schedules. | 0.30 | 46.50 |
| 10/15/2007 JCL | Prepare first meeting letter to client and cross docketed hearing date | 0.10 | 27.50 |
| 10/16/2007 JCL | Prepare education certificate | 0.10 | NO CHARGE |
| 10/18/2007 JS | Draft, review and execute pay order | 0.20 | 31.00 |
| JS | Review creditors regarding amendments to matrix. | 0.20 | 31.00 |
| 10/22/2007 CFN | To Bankruptcy Court for First Meeting of Creditors. Met with client before and after hearing to discuss status and trustee issues. | 1.60 | 248.00 |
| CFN | Draft Prepare letter to clients to follow up First Meeting of Creditors and trustee request for documents. Review, revise and execute same. | 0.20 | 31.00 |
| 10/23/2007 CFN | Receipt and review proof of claim from LVNV funding. | 0.10 | 15.50 |
| 10/30/2007 CFN | Receipt and review trustee objection to confirmation. Prepare letter to to client regarding same. | 0.40 | 62.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/2007 | CFN | Review, revise and execute letter to client regarding Trustee objection to confirmation. | 0.10 | 15.50 |
| 11/6/2007 | YO | Receipt and review objections to confirmation hearing from Citizens Bank. Review file regarding same. Prepare letter to client regarding filed objections. Memo to file regarding same. | 0.30 | 64.50 |
| 11/7/2007 | YO | Review and execute letter to client regarding Trustee's objections. | 0.10 | 21.50 |
| 11/14/2007 | CFN | Telephone call to client regarding trustee objections to confirmation and citizens bank objection to confirmation. Review with client regarding remaining docs due. | 0.30 | 46.50 |
| 11/19/2007 | CFN | Receipt and review clients paystubs. Email to trustee office regarding same. | 0.20 | 31.00 |
| 11/20/2007 | CFN | Prepare Order confirming plan. Review file regarding same. Prepare confirmation hearing certificate. | 0.40 | 62.00 |
| 11/21/2007 | YO | Review file for Confirmation hearing. Telephone call to Amber regarding Trustee's issues. Extensive Conference regarding step plan payment increases. Memo to file regarding same | 0.40 | 86.00 |
| | YO | Revise OCP | 0.10 | 21.50 |
| | YO | Revise Confirmation Certificate | 0.10 | 21.50 |
| | YO | E-mail to Karen O regarding proposed order confirming plan | 0.10 | 21.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/26/2007 | YO | Receipt and review fax from Karen O regarding proposed Order confirming plan. Review file regarding same. Memo to file regarding same. | 0.25 | 53.75 |
| 11/28/2007 | CFN | Review file in preparation for confirmation hearing. Review trustee's records and clients pay history. Telephone call to clients regarding same. | 0.50 | 77.50 |
| 11/29/2007 | CFN | To Bankruptcy Court for confirmation hearing. | 2.75 | 426.25 |
| 11/30/2007 | YO | Review file regarding issues with Order confirming plan. Telephone call to Trustee's office regarding same. MTF | 0.30 | 64.50 |
| 12/10/2007 | CFN | Prepare letter to client. Review, revise and execute same. | 0.10 | 15.50 |
| 12/13/2007 | CFN | Receipt and review order disallowing claim of Jefferson Capital Systems. | 0.10 | 15.50 |
| | CFN | Review, revise and finalize stipulation for entry of amended pay order. | 0.10 | 15.50 |
| 12/27/2007 | CFN | Prepare stipulation for entry of amended pay order. | 0.10 | 15.50 |
| 12/29/2007 | AS | Receipt and review documentation from mortgage company regarding change in interest rate. Prepare letter to client regarding same. | 0.20 | 37.00 |
| 1/3/2008 | CFN | Receipt and review multiple proof of claim's. | 0.20 | 31.00 |
| | CAP | Prepare fee application | 1.00 | 90.00 |

9/7/2007 Chapter 13 filing fee                                                274.00

10/16/2007 Costs regarding service of Chapter 13 plan:            110.86
           Copies 46 x 10 x $.20 = $92.00; postage 46 x
           $.41 = $18.86

12/11/2007 Copies regarding service of order confirming          45.36
           plan: Copies 56 x 2 x $.20 = $22.40; postage 56
           x $.41 = $22.96

**GOLD, LANGE & MAJOROS, P.C. HOURLY RATES**

STUART A. GOLD, Attorney (STU or SAG) . . . . . . . . . . . 
$150.00 prior to 1/1/92
$165.00 as of 1/1/92
$185.00 as of 12/1/93
$195.00 as of 1/1/97
$210.00 as of 7/1/98
$225.00 as of 1/1/00
$240.00 as of 1/1/01
$250.00 as of 7/1/02
$260.00 as of 2/1/03
$275.00 as of 1/1/04
$280.00 as of 1/1/05
$295.00 as of 1/1/06
$300.00 as of 1/1/07

ELIAS T. MAJOROS, Attorney (ETM) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 
$175.00 as of 1/1/97
$180.00 as of 7/1/98
$185.00 as of 7/1/99
$200.00 as of 1/1/01
$215.00 as of 3/1/02
$230.00 as of 1/1/03
$250.00 as of 1/1/04
$265.00 as of 1/1/05
$275.00 as of 1/1/06
$280.00 as of 1/1/07

JOHN C. LANGE, Attorney    (JOH or JCL). . . . . . . . . . . . 
$125.00 prior to 1/1/92
$135.00 as of 1/1/92
$145.00 as of 1/1/94
$150.00 as of 1/1/95
$160.00 as of 1/1/97
$175.00 as of 7/1/98
$180.00 as of 1/1/00
$195.00 as of 1/1/01
$200.00 as of 3/1/02
$220.00 as of 2/1/03
$230.00 as of 1/1/04
$245.00 as of 1/1/05
$265.00 as of 1/1/06
$275..00 as of 1/1/07

MARK B. BERKE, Attorney (MB) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 
$200.00 as of 3/1/06
$210.00 as of 1/1/07

DONNA J. LEHL, Attorney (DL) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $235.00 as of 8/16/06

CHRISTOPHER NELSON, Attorney (CFN) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $155.00 as of 2/1/07

SANDRA L. O'CONNOR, Attorney (SLO) . . . . . . . . . . . . . $155.00 as of 11/26/07

JASON P. SMALARZ, Attorney (JPS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $155.00 as of 11/26/07

JOHN W. NEMECEK, Attorney (JWN) . . . . . . . . . . . . . . . . $155.00 as of 1/2/08

# EXHIBIT C

CHERYL A. PITTS, Paralegal (CAP - fka CAR) . . . . . . . . . $ 65.00 as of 5/1/98
$ 70.00 as of 1/1/01
$ 80.00 as of 2/1/03
$ 85.00 as of 1/1/04
$ 90.00 as of 1/1/06

DENISE WHITE, Paralegal (DEN or DW) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 60.00 as of 1/16/98
$ 70.00 as of 1/1/01
$ 80.00 as of 1/1/03
$ 85.00 as of 1/1/04
$ 90.00 as of 1/1/06

TONI WILLIS, Paralegal (TW).. . . . . . . . . . . . . . . . . . . . . .$60.00 as of 12/16/02
$70.00 as of 1/1/03
$75.00 as of 1/1/04
$80.00 as of 1/1/05
$85.00 as of 1/1/06

KIMBERLY BROWN, Paralegal (KB) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $70.00 as of 2/16/04
$ 75.00 as of 1/1/05
$ 80.00 as of 1/1/06

TIJUANA CRAWFORD, Paralegal (TC) . .. . . . . . . . . . . . . . .$75.00 as of 9/27/04
$80.00 as of 1/1/06

DORIS GARRETT, Paralegal (DG). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$80.00 as of 10/15/07

SCOTT DENNISON, Paralegal (SD). . . . . . . . . . . . . . . . . . .$85.00 as of 12/17/07


**Former Employees**

KAREN L. ROWSE-OBERLE, Attorney (K.) . . . . . . . . . . . .$100.00 prior to 1/1/92
$125.00 as of 1/1/92
$135.00 as of 1/1/94
$145.00 as of 1/1/97

KURT A. STEINKE, Attorney (KUR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$100.00 prior to 1/1/94
$110.00 as of 1/1/94
$120.00 as of 1/1/97
$135.00 as of 4/1/98

LISA K. MULLEN, Attorney (LIS). . . . . . . . . . . . . . . . . . . $ 100.00 as of 6/1/97
$125.00 as of 4/1/98
$135.00 as of 1/1/99

MARILYN R. SOMERS, Attorney (MRS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$115.00 as of 5/4/98
$125.00 as of 1/1/99

DEBORAH S. RUBIN, Attorney (DEB) . . . . . . . . . . . . . . . .$125.00 as of 3/15/99
$135.00 as of 1/1/01

WILLIAM J. OLIVER, Attorney (BIL) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$125.00 as of 6/5/00

TRACY M . CLARK, Attorney (TRA) . . . . . . . . . . . . . . . . $ 125.00 as of 12/1/99
$135.00 as of 1/1/01
$150.00 as of 10/1/01
$165.00 as of 2/1/02

AMANDA M. FINFROCK, Attorney (AF) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$125.00 as of 10/1/01]

ZOCHOWSKI, SCOTT, Attorney (SZ). . . . . . . . . . . . . . . . . ..$165.00 as of 1/1/04

WILLIAM L. HUEBNER, Attorney (BLH) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $160.00 as of 10/22/01
$165.00 as of 2/1/02
$185.00 as of 1/1/03
$195.00 as of 1/1/04
$200.00 as of 1/1/05

SCOTT A. GIES, Attorney (SCO) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $125.00 as of 6/28/99
$135.00 as of 1/1/01
$150.00 as of 10/1/01
$165.00 as of 2/1/02
$175.00 as of 1/1/03
$180.00 as of 1/1/04
$185.00 as of 1/1/05
$200.00 as of 1/1/06

JOHN D. STODDARD, Attorney (JDS). . . . . . . . . . . . . . . .$175.00 as of 7/15/02
$180.00 as of 1/1/03
$185.00 as of 1/1/04
$200.00 as of 1/1/05
$210.00 as of 1/1/06

DAVID K. FOUST, Attorney (DKF) . . . . . . . . . . . . . . . . . $225.00 as of 1/17/05
$235.00 as of 1/1/06

JONATHAN M. STERLING, Attorney (JON or JS). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $155.00 as of 11/16/06

YULIY OSIPOV, Attorney  (YO) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $165.00 as of 12/2/02
$175.00 as of 1/1/03
$180.00 as of 1/1/04
$185.00 as of 1/1/05
$200.00 as of 1/1/06
$215.00 as of 8/1/06

JEFFREY H. BIGELMAN, Attorney .(JB) . . . . . . . . . . . . . $225.00 as of 5/1/06

TRACY M. CLARK, Paralegal (TRA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$50.00 prior to 1/1/92
$ 65.00 as of 1/1/92
$ 70.00 as of 1/1/97

$ 75.00 as of 1/1/99
NANCY A. CERAVOLO, Paralegal (NAN) . . . . . . . . . . . . . .$ 50.00 prior to 1/1/92
$ 60.00 as of 1/1/92
$ 65.00 as of 1/1/97
LISA CRILL, Legal Assistant (LC) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$50.00 as of 10/1/98
$60.00 as of 2/1/02
KATHY HANDLEY, Paralegal (KH).. . . . . . . . . . . . . . . . . .$ 50.00 as of 9/3/02

SANDRA J. CLARK, Paralegal (SAN). . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . . . . . . .$65.00 as of 5/1/02

JEFF BERSHAD, Clerk (JB). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$55.00 as of 6/15/02

MICHAEL MURAV, Clerk (MM). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$60.00 as of 6/1/05

JONATHAN ROSE, Law Clerk (JR) . . . . . . . . . . . . . . . . . . $85.00 as of 6/5/06

JONATHAN STERLING Law Clerk (JON) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$85.00.00 as of 9/1/05

HEIDI MILLER, Paralegal (HM) . . . . . . . . . . . . . . . . . . . . $75.00 as of 10/9/06

LISA MIDDLETON, Paralegal (LM) . . . . . . . . . . . . . . . . . . $ 75.00 as of 8/1/05
$ 80.00 as of 1/1/06
$ 85.00 as of 1/1/07
KAREN KENNEDY, Legal Assistant (KK) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $50.00 as of 12/1/98
$60.00 as of 10/1/02
$ 70.00 as of 1/1/03
$ 75.00 as of 1/1/04
$ 80.00 as of 1/1/05
$ 85.00 as of 1/1/06

CHRISTOPHER F. NELSON, Law Clerk (CFN) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. $85.00. as of 1/3/07

# BIOGRAPHICAL STATEMENT

**STUART A. GOLD** is a shareholder in the law firm of Gold, Lange & Majoros, P.C. He is board certified by The American Board of Certification in both Consumer and Business Bankruptcy law, is a fellow in the American College of Bankruptcy and has been appointed a Life Delegate by the Federal Court of Appeal for the Sixth Circuit. He is currently serving on the Advisory Education Board for the American Bankruptcy Institute's Central States Conference and has been recognized for his *pro bono* services, by the Federal, Oakland County and Macomb County bar associations. Mr. Gold received his B.A. in Political Science from the University of Michigan. His J.D. was earned at Thomas M. Cooley Law School, where he graduated with distinction. He is a member of the State Bar of Michigan, The Florida Bar, Federal Bar Association, American Bankruptcy Institute, the Commercial Law League of America and the National Association of Bankruptcy Trustees. He has served, as an Arbitrator for the Better Business Bureau, on the Constitutional Law Committee - State Bar of Michigan, and Chapter 13 Local Rules Committee - Eastern District of Michigan, Southern Division. In addition, he has served on the Board of Directors for the Detroit Chapter of the Federal Bar Association and is currently a U.S. Bankruptcy Trustee and mediator for the U.S. Bankruptcy Court. Mr. Gold is the past President of the Consumer Bankruptcy Association, co-chair of the Advisory Committee of the Eastern District of Michigan Bankruptcy Court and past chairman of the OCBA Bankruptcy Committee. He frequently lectures for the Institute for Continuing Legal Education, American Bankruptcy Institute, Oakland University, and other professional organizations.

**JOHN C. LANGE** is a shareholder in the law firm of Gold, Lange & Majoros, P.C. He is board certified by The American Board of Certification for Consumer Bankruptcy law. In 1981, he successfully completed the United States Marine Corps Platoon Leaders Course in Quantico, Virginia, and was subsequently granted an Honorable Discharge. Mr. Lange received his B.A. in Political Science and a minor in Biology from Oakland University in 1982. His J.D. was earned at Thomas M. Cooley Law School in 1986, where he graduated cum laude. While at Cooley Law School, he served as the Chairperson of the Scholastic Review Board and also received the Alumni Distinguished Student Award. He has practiced, almost exclusively, bankruptcy law since 1986. Mr. Lange was formerly an associate with Greenbaum, Greenbaum & Gold and a partner in Gold & Lange prior to the formation of Gold, Lange & Majoros, P.C., in 1996. He successfully prosecuted the appeal and argued before the Sixth Circuit Court of Appeals in the case of In re Markowitz, 190 F.3d 455 (6th Cir. 1999). Mr. Lange previously served on the Board of Directors for the Consumer Bankruptcy Association. He is a member of the State Bar of Michigan and the federal bars for the eastern and western districts of Michigan, Consumer Bankruptcy Association and Detroit Chapter of the Federal Bar Association. Mr. Lange has lectured for various groups, including the Consumer Bankruptcy Association, the National Business Institute, and the Institute for Continuing Legal Education.

**ELIAS T. MAJOROS** is a shareholder in the law firm of Gold, Lange & Majoros, P.C. Mr. Majoros received a Bachelor of Science in Public Administration and a Masters in Business Administration (M.B.A.) from Western Michigan University. He received his J.D. from the Detroit College of Law in Detroit, Michigan where he graduated Cum Laude. He also earned a Masters in Tax Law (L.L.M.) from the University of Miami School of Law, in Miami, Florida. Mr. Majoros was formerly a docket attorney at the office of District Counsel, Internal Revenue Service, U.S. Department of Treasury in Detroit, Michigan. At the Office of the District Counsel, Mr. Majoros represented the Internal Revenue Service in a variety of federal tax disputes including trials in the United States Tax Court. He also represented the United States In the U.S. Bankruptcy Court as a Special Assistant United States Attorney with the U.S. Department of Justice in Detroit, Michigan. Mr. Majoros is a former shareholder in the law firm of Allard & Fish, P.C. in Detroit, Michigan. He is a member of the State Bar of Michigan and the Florida Bar. Mr. Majoros has given presentations for the National Association of Bankruptcy Trustees, Institute for Continuing Education and American Bankruptcy Institute.

# EXHIBIT D

**RONNA STEVENS GOLD** is an associate in the law firm of Gold, Lange & Majoros, P.C. Ms. Gold received a B.A. in Audiology and Speech Sciences from Michigan State University in 1976. Her J.D. was earned at Wayne State University where she graduated Cum Laude. She is a member of the State Bar of Michigan and the Federal Bar for the Eastern District of Michigan.

**YULIY OSIPOV** is an associate in the law firm of Gold, Lange & Majoros, P.C. Mr. Osipov attended Azerbaijan Polytechnical Institute where he studied engineering, majoring in auto-transportation management. Mr. Osipov received a B.A. in Psychology from the University of Michigan - Dearborn in 1995. His J.D. was earned at University of Detroit Mercy Law School in 1998. Prior to practice of law, Mr. Osipov was involved in international business with Russia. Mr. Osipov is fluent in Russian. He is a member of the State Bar of Michigan and the Federal Bar for the Eastern District of Michigan.

**MARK B. BERKE** is an associate in the law firm of Gold, Lange & Majoros, P.C. In addition to bankruptcy litigation, Mr. Berke focuses his practice on commercial litigation, real property litigation, contract disputes, debtor/creditor law and ordinance violations. Since being appointed as Special Assistant Attorney General in September 2003, Mr. Berke also prosecutes child support felonies on behalf of the Michigan Department of Attorney General. Licensed to practice in Michigan and Illinois, he has extensive experience litigating and counseling clients in construction matters, insurance coverage disputes, professional liability claims, real property matters, corporate matters, and contractual matters. Mr. Berke earned his J.D. from the Detroit College of Law at Michigan State University where he graduated Cum Laude in 1997 and was a member of the *Law Review*. He also received his bachelor's degree in finance from Michigan State University in 1993. Mr. Berke is a member of the State Bar of Michigan and Illinois, the Federal Bar Association – Eastern District of Michigan, and Oakland County Bar Association.

**JEFFREY H. BIGELMAN** is an associate in the law firm of Gold, Lange & Majoros, P.C. Mr. Bigelman is a member of the State Bar of Michigan and the Federal Bars for the Eastern and Western Districts of Michigan, and the Sixth Circuit Court of Appeals. Mr. Bigelman received his bachelor's degree in Economics from Eastern Michigan University (B.S., cum laude, 1997), and his law degree from Wayne State University (J.D., 2000). He is also a member of American Bar Association (Member, Sections on Litigation and Construction Law), State Bar of Michigan (Member, Sections on Real Property and Business Law), and the American Bankruptcy Institute. Mr. Bigelman concentrates in the areas of bankruptcy and construction litigation.

**DONNA J. LEHL** is an associate in the law firm of Gold, Lange & Majoros, P.C. Ms. Lehl's current practice is concentrated in bankruptcy litigation and business bankruptcy matters. She was previously a Senior Staff Attorney at Pepper Hamilton, LLP in their Detroit Bankruptcy Practice Group. She has also been a solo practitioner in Tawas City, Michigan for eight years and an associate at Schafer & Weiner PC for seven years. She earned a B.A. degree, from Wayne State University with majors in Psychology and Sociology and obtained a J.D. degree, cum laude, from Wayne State Law School in 1986. Ms. Lehl is licensed to practice in Michigan, in the Eastern and Western District Courts of Michigan and in the Sixth Circuit Court of Appeals. She is a member of the Federal Bar Association, the Detroit Metropolitan Bar Association, the American Bankruptcy Institute, International Women's Insolvency and Reorganization Confederation and the State Bar of Michigan Client Protection Fund Committee.

**CHRISTOPHER F. NELSON** is an associate in the law firm of Gold, Lange & Majoros, P.C. Mr. Nelson received a B.A. in General Business Administration from Michigan State University in 2000 and his J.D. from Wayne State University. While attending law school, Mr. Nelson served as an intern for the Honorable Donald A. Scheer, Magistrate Judge for the Eastern District of Michigan. He is a member of the State Bar of Michigan and the Federal Bar for the Eastern District of Michigan.

**SANDRA L. O'CONNOR** is an associate in the law firm of Gold, Lange & Majoros, P.C.  Ms. O'Connor received a B.A. in English Language and Literature from the University of Michigan in 2003 and her J.D. from Wake Forest University in Winston Salem, North Carolina in 2007.  While attending law school, Ms. O'Connor served as an intern for the Honorable Robert H. Cleland, Judge for the Eastern District of Michigan.  She was also employed as a law clerk for the entirety of her third year of law school by Price Law Office in Winston Salem, North Carolina where she specialized in conducting research and writing in complex bankruptcy litigation.  Ms. O'Connor is a member of the State Bar of Michigan and the Federal Bar for the Eastern District of Michigan.

**JASON P. SMALARZ** is an associate in the law firm of Gold, Lange & Majoros, P.C.. Mr. Smalarz received his B.S. in Business Administration with a concentration in financial analysis from the State University of New York at Buffalo in 2003, where he graduated cum laude and his Masters in Business Administration (M.B.A.) from Wayne State University in 2006.  His J.D. was earned at the University of Detroit Mercy in 2007, where he was an active member of the Moot Court Board of Advocates and earned a Book Award in U.S. Securities Regulations.  While attending law school, Mr. Smalarz served as a judicial intern for the Honorable George C. Steeh for the U.S. District Court for the Eastern District of Michigan.  He is a member of the State Bar of Michigan and the Federal Bar for the Eastern District of Michigan.

**AARON J. SCHEINFIELD** is an associate in the law firm of Gold, Lange & Majoros, P.C. specializing exclusively in representing debtors in Chapter 7 and Chapter 13 bankruptcy matters. Prior to joining Gold, Lange & Majoros, P.C., Mr. Scheinfield worked as an associate attorney at a bankruptcy firm representing Chapter 7 Trustees and at another bankruptcy firm representing debtors in Chapter 7 and Chapter 13 matters. Mr. Scheinfield received his degree in Political Science from the University of Michigan in 2000 and his J.D. from Wayne State University Law School in 2003. While attending law school, Mr. Scheinfield served as a judicial intern with the Honorable Judge Amy P. Hathaway of Wayne County Circuit Court. Mr. Scheinfield was also a member of the Moot Court team while in law school and placed first in the 2002 Law Day Competition. He is a member of the State Bar of Michigan and the Federal Bar for the Eastern District of Michigan.

**KAREN L. ROWSE-OBERLE** was a shareholder in the law firm of Gold, Lange & Majoros, P.C. Ms. Rowse-Oberle received a B.A. in Political Science and History from Capital University in Columbus, Ohio in 1985.  Her J.D. was earned at Thomas M. Cooley Law School in 1988.  She is a member of the State Bar of Michigan and the Federal Bar for the Eastern District of Michigan.

**KURT A. STEINKE** was an associate in the law firm of Gold, Lange & Majoros, P.C.  Mr. Steinke received a B.A. in Communications from Michigan State University in 1987.  His J.D. was earned at Thomas Cooley Law School in 1990.  He is a member of the State Bar of Michigan and the Federal Bar for the Eastern District of Michigan.

**LISA KAUFMAN MULLEN** was an associate in the law firm of Gold, Lange & Majoros, P.C. Ms. Kaufman received a B.A. in Social Science from Michigan State University in 1993.  Her J.D. was earned at University of Detroit Mercy Law School in 1996.  She is a member of the State Bar of Michigan and the Federal Bar for the Eastern District of Michigan.

**MARILYN R. SOMERS** was an associate in the law firm of Gold, Lange & Majoros, P.C. Ms. Somers received a B.A. in Political Science-Pre Law from Michigan State University in 1991. Her J.D. was earned at University of Detroit Mercy Law School in 1997 where she graduated with cum laude honors. She is a member of the State Bar of Michigan, the Federal Bar for the Eastern District of Michigan, and the American Bar Association.

**DEBORAH S. RUBIN** was an associate in the law firm of Gold, Lange & Majoros, P.C. Ms. Rubin received a B.A. in Political Science from Oakland University in 1995. Her J.D. was earned at University of Detroit Mercy Law School in 1998. She is a member of the State Bar of Michigan, the Federal Bar for the Eastern District of Michigan and the American Bar Association.

**WILLIAM J. OLIVER** was an associate in the law firm of Gold, Lange & Majoros, P.C. Mr. Oliver received a B.S. in Criminology from Eastern Michigan University in 1994. His J.D. was earned at The University of Detroit Mercy School of Law in 1997. He is a member of the State Bar of Michigan and the Federal Bar for the Eastern District of Michigan.

**TRACY M. CLARK** was an associate in the law firm of Gold, Lange & Majoros, P.C. Ms. Clark received a B.A. in Business Administration from Walsh College in 1994. Her J.D. was earned at Wayne State University in 1999, where she graduated cum laude. She is a member of the State Bar of Michigan, the Federal Bar for the Eastern District of Michigan and the American Bar Association.

**AMANDA M. FINFROCK** was an associate in the law firm of Gold, Lange & Majoros, P.C. Ms. Finfrock received a Bachelor of Philosophy from Miami University in Oxford, Ohio in 1997. Her J.D. was earned at Michigan State University - Detroit College of Law in 2000.

**SCOTT P. ZOCHOWSKI** was an associate in the law firm of Gold, Lange & Majoros, P.C. Mr. Zochowski received a Bachelor of Business Administration (B.B.A.) from the University of Michigan - Flint in 1993. His Juris Doctor (J.D.) was earned at Michigan State University, DCL College of Law in 1998. He is a candidate for a Master of Law (L.L.M.) at Wayne State University Law School. He is a member of the State Bar of Michigan. Mr. Zochowski is admitted to practice law in Michigan (1998) as well as the United States District Courts in the Eastern District of Michigan (2000), the Western District of Michigan (2001), the Northern District of Illinois (2001), and the United States Court of Appeals for the 6th Circuit (2002).

**WILLIAM L. HUEBNER** was an associate in the law firm of Gold, Lange & Majoros, P.C. Mr. Huebner received a B.S. in Environmental Science and Forestry from State University of New York in 1978 and a Masters in Business Administration (M.B.A.) from Pennsylvania State University in 1981. His J.D. was earned at Wayne State University in 1997, where he graduated cum laude. He is a member of the State Bar of Michigan, the Federal Bar for the Eastern District of Michigan and the Oakland County Bar Association.

**SCOTT A. GIES** was an associate in the law firm of Gold, Lange & Majoros, P.C. Mr. Gies received a B.A. in General Business Administration-Pre Law from Michigan State University in 1993, with Honors. His J.D. was earned at University of Detroit Mercy Law School in 1997. Mr. Gies currently serves on the Board of Directors for the Consumer Bankruptcy Association. He is a member of the State Bar of Michigan and the Federal Bar for the Eastern District of Michigan.

**JOHN D. STODDARD** was an associate in the law firm of Gold, Lange & Majoros, P.C. Mr. Stoddard received a B.A. in Political Science from Albion College in 1987 where he graduated Cum Laude. His J.D. was earned at The University of Notre Dame Law School in 1992. He is admitted to practice law in Michigan (1997) and Indiana (1992) as well as the United States District Courts in the Eastern District of Michigan (1999), Western District of Michigan (1999), and Northern District of Indiana (1992), and the United States Court of Appeals for the 7th Circuit (1994). He is a member of the State Bar of Michigan, the American Bar Association, the American Bankruptcy Institute, and the Consumer Bankruptcy Association.

**DAVID K. FOUST** was of counsel to the law firm of Gold, Lange & Majoros, P.C. He received his B.A. in Political Science from Wayne State University in 1968 and his J.D. from Wayne State University Law School in 1973. Mr. Foust was previously employed by the State of Michigan as an Assistant Attorney General for more than twenty-nine (29) years. His responsibilities in this capacity consisted primarily of the representation of the Michigan Department of Treasury in a variety of bankruptcy and taxation matters both at the trial and appellate levels. Mr. Foust is a member of the State Bar of Michigan and the Federal Bars for the Eastern and Western Districts of Michigan. Mr. Foust has provided numerous presentations on bankruptcy law at seminars sponsored by entities, including the National Association of Attorneys General, the Federal Bar Association for the Western District of Michigan, the Institute for Continuing Legal Education, and the State Association of Bankruptcy Attorneys.

**JONATHAN M. STERLING** was an associate in the law firm of Gold, Lange & Majoros, P.C. Mr. Sterling is also a member of the State Bar of Michigan and the Federal Bar for the Eastern District of Michigan. Mr. Sterling received his bachelor's degree in Sociology from the University of California at Los Angeles and his law degree from John Marshall Law School in Chicago, Illinois. While attending law school, Mr. Sterling served as in intern for the Honorable Steven Rhodes, Chief Bankruptcy Judge for the Eastern District of Michigan, as well as the Honorable Bernard Friedman, Chief Judge for the Eastern District of Michigan. Mr. Sterling specializes in bankruptcy litigation.

IN THE MATTER OF:

ROBERT SHELTON and
DEBORAH SHELTON,

      Debtors.

_____/

Chapter 13
Case No. 07-57833-MBM
Hon. Marci B. McIvor

## **NOTICE OF FIRST FEE APPLICATION**

GOLD, LANGE & MAJOROS, P.C., attorneys for Debtor(s), have filed an application for compensation with the Bankruptcy Court. The application is on file with the Bankruptcy Court if you wish to review it. Applicant requests fees of $2,917.00 and costs of $430.22, of which $500.00 has already been paid by Debtor, leaving a balance of $2,847.22, for services rendered September 6, 2007 through January 3, 2008. The amount requested is in addition to the previously approved fees of $0.00.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application for Fees, or if you want the court to consider your views on the Application for Fees, within twenty (20) days from the date of service of this notice, you or your attorney must:

1.     File with the court a written response or an answer, explaining your position at[1]:

United States Bankruptcy Court
211 West Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it within the above-stated time period.

2.     Mail a copy to:

Tammy Terry
Chapter 13 Trustee
535 Griswold
Suite 2100
Detroit MI 48226

Christopher Nelson, Esq.
Gold, Lange & Majoros, P.C.
24901 Northwestern Highway.
Suite 444
Southfield, Michigan 48075

---

[1]    Response or answer must comply with F.R. Civ. P. 8(b), (c) and (e)

3. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.**

GOLD, LANGE & MAJOROS, P.C.

 /s/ Christopher Nelson
CHRISTOPHER NELSON (P70034)
24901 Northwestern Highway
Suite 444
Southfield, Michigan 48075
(248) 350-8220

Dated: January 8, 2008
H:\GLM CLIENTS - CH13\Shelton, Robert & Deborah\Fee App\First Fee App.wpd

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

ROBERT SHELTON and                   Chapter 13
DEBORAH SHELTON,                 Case No. 07-57833-MBM
                                         Hon. Marci B. McIvor

       Debtors.
_____/

## **PROOF OF SERVICE**

         CHERYL A. PITTS, hereby certifies that on January 8, 2008, she electronically filed  First Application for Compensation, Notice of Fee Application and Proof of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

David Wm. Ruskin
Chapter 13 Trustee
1100 Travelers Tower
26555 Evergreen
Southfield MI 48076

and she also certifies that she has mailed by First Class Mail with the United States Postal Service First Application for Compensation, Notice of Fee Application and Proof of Service to the following non-ECF participants:

Robert and Deborah Shelton
2566 Davista Dr.
Highland MI 48356

and she also certifies that she has mailed by First Class Mail with the United States Postal Service Notice of Fee Application to the following non-ECF participants:

All parties listed on the PACER matrix.

                                    /s/ Cheryl A. Pitts_____
                                    CHERYL A. PITTS for
                                    Gold, Lange & Majoros, P.C.
                                    24901 Northwestern Highway #444
                                    Southfield, Michigan 48075
                                    (248) 350-8220

Dated: January 8, 2008
H:\GLM CLIENTS - CH13\Shelton, Robert & Deborah\Fee App\First Fee App.wpd

Label Matrix for local noticing
0645-2
Case 07-57833-mbm
Eastern District of Michigan
Detroit
Mon Jan  7 15:47:59 EST 2008

Co-op Services Credit Union
29550 Five Mile Road
Livonia, MI 48154-3710

Nissan Motor Acceptance Corporation
c/o Mark S. Frankel
39395 W. 12 Mile Road
Suite 200
Farmington Hills, MI 48331-2968

Oakland County Treasurer
1200 N. Telegraph Road
Pontiac, Mi 48341-0479

2
211 West Fort Street
Detroit, MI 48226-3244

52nd District Court
520 W. Big Beaver
Troy MI 48084-5254

ARROW FINANCIAL SERVICES, LLC
 c/o Jefferson Capital Systems, LLC
PO BOX 23051
COLUMBUS, GA 31902-3051

Advance America
Store No. 1377
47524 Pontiac Trail
Wixom MI 48393-2541

Afni, Inc.
PO Box 3427
Bloomington IL 61702-3427

Ameritech Publishing, Inc.
c/o Jeffrey M. Weber, Esq.
3250 W. Big Beaver Rd., Ste. 124
Troy, MI 48084-2902

Arrow Financial Services
21031 Network Place
Chicago IL 60678-0001

Asset Acceptance LLC
PO Box 2036
Warren MI 48090-2036

Bank of America Corporation
Attn:  Recovery Department
PO Box 2278
Norfolk VA 23501-2278

Butler, Butler & Rowse-Oberle, PLLC
24525 Harper, Ste. 2
St. Clair Shores, MI 48080-1286

Capital One
c/o TSYS Debt Management
PO Box 5155
Norcross GA 30091-5155

Capital One Bank
PO Box 25131
Richmond VA 23276-0001

Cingular Wireless
PO Box 6416
Carol Stream IL 60197-6416

Citibank
Attn: Bankruptcy Dept.
701 E. 60th St. N
Sioux Falls SD 57104-0493

Citibank
c/o Capital Management Services, L.P.
726 Exchange Street, Suite 700
Buffalo NY 14210-1464

Citizens Bank
101 N. Washington
Saginaw, MI 48607-1207

Citizens Bank
328 S. Saginaw St.
Flint MI 48502-1940

Co-Op Services Credit Union
PO Box 510450
Livonia MI 48151-6450

Comcast
PO Box 3006
Southeastern PA 19398-3006

DTE Bankruptcy Dept
3200 Hobson Street
Lower Level
Detroit MI 48201-2927

DTE Energy
PO Box 2859
Detroit MI 48260-0001

Dish Network
Dept. 0063
Palatine IL 60055-0001

GC Services
6330 Gulfton
Houston TX 77081-1198

GE Capital (Lowe's)
c/o Asset Acceptance
PO Box 2038
Warren MI 48090-2038

GE Capital - Mervyn's
c/o Asset Acceptance LLC
PO Box 2036
Warren MI 48090-2036

Household Finance Corp.
1421 Kristina Way
Chesapeake VA 23320-8917

Irwin Home Equity
12677 Alcosta Blvd. Ste. 500
San Ramon, CA 94583-4422

Jefferson Capital Systems LLC
P.O. Box 23051
Columbus, GA 31902-3051

LVNV Funding LLC its successors and assigns
assignee of Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding LLC/Sears
c/o Associated Recovery Systems
PO Box 469099
Escondido CA 92046-9099

Lord & Taylor
PO Box 745013
Cincinnati OH 45274-5013

Macy's
PO Box 689195
Des Moines IA 50368-9195

Marcy J. Ford
Trott and Trott
31440 Northwestern Highway Ste 200
Farmington Hills, MI 48334-5422

NATIONAL CITY
PO BOX 500 K-A16-2J
PORTAGE, MI 49081-0500

NORTH STAR CAPITAL ACQUISITIONS LLC
c/o Jefferson Capital Systems LLC
PO BOX 23051
COLUMBUS GA 31902-3051

National City
PO Box 2349 #KA 16F5
Kalamazoo MI 49003-2349

Nissan Motor Acceptance Corporation
P.O. Box 660366
DALLAS, TX 75266-0366

Nissan Motor Acceptance Corporation
PO Box 894732
Los Angeles CA 90189-4732

North Star Capital Acquisition, LLC
c/o Eduardo M. Pallares, Esq.
30400 Telegraph Road, Suite 151
Bingham Farms, MI 48025-5819

North Star Capital Acquisition, LLC
c/o Tricia N. McKinnon, Esq.
P.O. Box 5016
Rochester, MI 48308-5016

OAKLAND COUNTY TREASURER
1200 N TELEGRAPH
DEPT 479
PONTIAC
MI 48341-0479

Oakland County Treasurer
c/o Kevin C. Calhoun
Calhoun & Di Ponio, PLC
31000 Telegraph Road
Suite 280
Bingham Farms, MI 48025-4319

PHH Mortgage Corporation
4001 Leadenhall Rd
Mount Laurel, NJ 08054-4611

PHH Mortgage Services
Mortgage Service Center
PO Box 5459
Mount Laurel NJ 08054-5459

Penn Credit Corporation
PO Box 988
Harrisburg PA 17108-0988

Portfolio Recovery Associates, LLC.
PO Box 12914
NORFOLK VA 23541-0914

ProLine Solutions Group, LLC
908 Niagara Falls Boulevard - Suite 245
North Tonawanda NY 14120-2020

Providian Bank
c/o National Action Financial Services
165 Lawrence Bell Dr Ste 100 PO Box 9027
Williamsville NY 14231-9027

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Riexinger & Associates, LLC
PO Box 956188
Duluth GA 30095-9504

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Verizon Wireless
1515 Woodfield Road
Suite 1400 / Bankruptcy
Schaumburg IL 60173-5497

WFNNB/New York & Company
c/o Asset Acceptance LLC
PO Box 2036
Warren MI 48090-2036

Wells Fargo Bank Minnesota
c/o Weltman, Weinberg & Reis Co. L.P.A.
2155 Butterfield Dr, Suite 200
Troy MI 48084-3450

eCAST Settlement Corporation assignee of
GE Money Bank/Lord Taylor
POB 35480
Newark NJ 07193-5480

Christopher F. Nelson
24901 Northwestern Hwy.
Suite 444
Southfield, MI 48075-2204

David Wm Ruskin
26555 Evergreen Rd Ste 1100
Southfield, MI 48076-4251

Deborah Jean Shelton
2566 Davista Dr.
Highland, MI 48356-1622

John C. Lange
Gold, Lange & Majoros, PC
24901 Northwestern Hwy.
Suite 444
Southfield, MI 48075-2223

Jonathan M. Sterling
24901 Northwestern Hwy.
Suite 444
Southfield, MI 48075-2204

Robert Thomas Shelton Jr.
2566 Davista Dr.
Highland, MI 48356-1622

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Citizens Bank

(u)PHH Mortgage Corporation f/k/a Cendant Mor

(d)Co-op Services Credit Union
29550 Five Mile Road
Livonia, MI 48154-3710

End of Label Matrix
Mailable recipients    64
Bypassed recipients     3
Total                  67