UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

ROBERT SHELTON and             Chapter 13
DEBORAH SHELTON,              Case No. 07-57833-MBM
                                              Hon. Marci B. McIvor

        Debtors.
_____/

**SECOND APPLICATION FOR**
**COMPENSATION FOR SERVICES RENDERED**

Debtor's counsel, GOLD, LANGE & MAJOROS, P.C., submits this application pursuant to LBR 2016-1 (EDM) as follows:

1.    A.    Fees requested in present application: Applicant requests fees in the amount of $620.00.

      B.    Expenses requested in present application: Applicant requests expenses in the amount of $0.00.

      C.    There remains no retainer on deposit.

2.    Time period covered by present application: Fees are requested for services rendered January 4, 2008 through October 27, 2008.

3.    Nature of services rendered:

      (1)    <u>Case Administration</u>: Applicant spent 3.10 hours or $558.00 in fees for services rendered in connection with the case administration.

          a.    Applicant reviewed letter from Merrill Lynch regarding ARM interest change. Applicant prepared letter to clients regarding same.

          b.    Applicant reviewed correspondence from Trustee's office regarding tax returns and refunds. Applicant prepared letter to clients regarding same.

    c. Applicant reviewed numerous letters from mortgage company regarding change in mortgage payments. rate. Applicant prepared letters to Trustee and clients regarding same.

    d. Applicant reviewed Trustee's notice of intention to pay claims.

 (2) <u>Chapter 13 Plan:</u> None.

 (3) <u>341 Meeting & 2004 Examinations:</u> None.

 (4) <u>Claims Administration</u>: Applicant spent .20 hours or $35.00 in fees for services rendered in connection with the claims administration.

    a. Applicant reviewed amended Nissan proof of claim.

 (5) <u>Relief from Stay, Extension and Imposition of Stay, Adequate Protection:</u> None.

 (6) <u>Financing</u>: None.

 (7) <u>Sale , Realization, and Liquidation of Estate Property:</u> None.

 (8) <u>Adversary Proceedings:</u> None.

 (9) <u>Business Operations:</u> None.

 (10) <u>Fee Application Preparation</u>: Applicant spent 1.0 hours or $27.00 in fees for services rendered in connection with fee application preparation.

4. Adversary proceedings: There are no adversary proceedings in this case.

5. A. Not applicable - this is a Chapter 13 case.

  B. Current Status of Bankruptcy Case and Impact on Plan from Approval of Fee Application: None. Clients' Chapter 13 Plan is currently running timely.

6. Nature of Services to be Provided in Future: Applicant will complete any legal work necessary to complete Chapter 13 Plan and obtain Chapter 13 discharge for Debtor.

7. Amount and Nature of Accrued Unpaid Administrative Expenses: None.

8. Duplication of Services: None

9. Fees and costs previously approved: Applicant received $3,347.22 pursuant to the Order Approving First Fee Application entered February 5, 2008.

10. The Applicant has provided the Debtor with a copy of this application seven days prior to filing of the application, and, as of the date of this filing, has not received a response.

11. A copy of a proposed Order is attached as Exhibit 1.

12. Since this is a Chapter 13 case, Exhibit 2 is not applicable.

13. A copy of the 2016(b) statement is attached as Exhibit 3.

14. A summary statement of the number of hours of services rendered by each professional and paraprofessional and the hourly rate of each is attached as Exhibit 4.

15. An itemized time record and the project billing summary are attached as Exhibit 5.

16. A brief biographical statement is attached as Exhibit 6.

17. An itemized statement of expense for which reimbursement is sought is attached as Exhibit 7.

Debtor's counsel requests that this Court enter an order approving attorney fees in the amount of $620.00 and costs of $0.00.

GOLD, LANGE & MAJOROS, P.C.

/s/ Aaron Scheinfield
AARON SCHEINFIELD (P67495)
24901 Northwestern Highway
Suite 444
Southfield, Michigan 48075
(248) 350-8220

Dated: November 6, 2008
G:\GLM CLIENTS - CH13\Shelton, Robert & Deborah\Fee App\Second Fee App.wpd

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| ROBERT SHELTON and | Chapter 13 |
| DEBORAH SHELTON, | Case No. 07-57833-MBM |
| | Hon. Marci B. McIvor |
| Debtors. | |
| _____/ | |

## NOTICE OF SECOND FEE APPLICATION

GOLD, LANGE & MAJOROS, P.C., attorneys for Debtor(s), have filed an application for compensation with the Bankruptcy Court. The application is on file with the Bankruptcy Court if you wish to review it. Applicant requests fees of $620.00 and costs of $0.00, for services rendered January 4, 2008 through October 27, 2008. The amount requested is in addition to the previously approved fees of $3,347.22. After the payment of previously approved fees, Applicant does not have a retainer on deposit.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application for Fees, or if you want the court to consider your views on the Application for Fees, within twenty (20) days from the date of service of this notice, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at[1]:

    United States Bankruptcy Court
    211 West Fort Street, Suite 2100
    Detroit, Michigan 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it within the above-stated time period.

2. Mail a copy to:

| | |
|---|---|
| David Wm. Ruskin | Aaron Scheinfield, Esq. |
| Chapter 13 Trustee | Gold, Lange & Majoros, P.C. |
| 1100 Travelers Tower | 24901 Northwestern Highway, Suite 444 |
| 26555 Evergreen | Southfield, Michigan 48075 |
| Southfield MI 48076 | |

---

[1] Response or answer must comply with F.R. Civ. P. 8(b), (c) and (e)

3. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.**

                                            GOLD, LANGE & MAJOROS, P.C.

                                            /s/ Aaron Scheinfield
                                            AARON SCHEINFIELD (P67495)
                                            24901 Northwestern Highway
                                            Suite 444
                                            Southfield, Michigan 48075
                                            (248) 350-8220

Dated: November 6, 2008
G:\GLM CLIENTS - CH13\Shelton, Robert & Deborah\Fee App\Second Fee App.wpd

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

ROBERT SHELTON and     Chapter 13
DEBORAH SHELTON,     Case No. 07-57833-MBM
    Hon. Marci B. McIvor

     Debtors.
_____/

## PROOF OF SERVICE

    CHERYL A. PITTS, hereby certifies that on November 6, 2008, she electronically filed Second Application for Compensation, Notice of Fee Application and Proof of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

David Wm. Ruskin
Chapter 13 Trustee
1100 Travelers Tower
26555 Evergreen
Southfield MI 48076

and she also certifies that she has mailed by First Class Mail with the United States Postal Service Second Application for Compensation, Notice of Fee Application and Proof of Service to the following non-ECF participants:

Robert and Deborah Shelton
2566 Davista Dr.
Highland MI 48356

and she also certifies that she has mailed by First Class Mail with the United States Postal Service Notice of Fee Application to the following non-ECF participants:

All parties listed on the PACER matrix.

                          /s/ Cheryl A. Pitts
                          CHERYL A. PITTS for
                          Gold, Lange & Majoros, P.C.
                          24901 Northwestern Highway #444
                          Southfield, Michigan 48075
                          (248) 350-8220

Dated: November 6, 2008
G:\GLM CLIENTS - CH13\Shelton, Robert & Deborah\Fee App\Second Fee App.wpd

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 07-57833-mbm<br>Eastern District of Michigan<br>Detroit<br>Thu Nov  6 06:08:57 EST 2008 | Co-op Services Credit Union<br>29550 Five Mile Road<br>Livonia, MI 48154-3710 | Nissan Motor Acceptance Corporation<br>c/o Mark S. Frankel<br>39395 W. 12 Mile Road<br>Suite 200<br>Farmington Hills, MI 48331-2968 |
| Oakland County Treasurer<br>1200 N. Telegraph Road<br>Pontiac, Mi 48341-0479 | 2<br>211 West Fort Street<br>Detroit, MI 48226-3244 | 52nd District Court<br>520 W. Big Beaver<br>Troy MI 48084-5254 |
| ARROW FINANCIAL SERVICES, LLC<br> c/o Jefferson Capital Systems, LLC<br>PO BOX 23051<br>COLUMBUS, GA 31902-3051 | Advance America<br>Store No. 1377<br>47524 Pontiac Trail<br>Wixom MI 48393-2541 | Afni, Inc.<br>PO Box 3427<br>Bloomington IL 61702-3427 |
| Ameritech Publishing, Inc.<br>c/o Jeffrey M. Weber, Esq.<br>3250 W. Big Beaver Rd., Ste. 124<br>Troy, MI 48084-2902 | Arrow Financial Services<br>21031 Network Place<br>Chicago IL 60678-0001 | Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090-2036 |
| Bank of America Corporation<br>Attn:  Recovery Department<br>PO Box 2278<br>Norfolk VA 23501-2278 | Butler, Butler & Rowse-Oberle, PLLC<br>24525 Harper, Ste. 2<br>St. Clair Shores, MI 48080-1286 | Capital One<br>c/o TSYS Debt Management<br>PO Box 5155<br>Norcross GA 30091-5155 |
| Capital One Bank<br>PO Box 25131<br>Richmond VA 23276-0001 | Cingular Wireless<br>PO Box 6416<br>Carol Stream IL 60197-6416 | Citibank<br>Attn: Bankruptcy Dept.<br>701 E. 60th St. N<br>Sioux Falls SD 57104-0493 |
| Citibank<br>c/o Capital Management Services, L.P.<br>726 Exchange Street, Suite 700<br>Buffalo NY 14210-1464 | Citizens Bank<br>101 N. Washington<br>Saginaw, MI 48607-1207 | Citizens Bank<br>328 S. Saginaw St.<br>Flint MI 48502-1940 |
| Co-Op Services Credit Union<br>PO Box 510450<br>Livonia MI 48151-6450 | Comcast<br>PO Box 3006<br>Southeastern PA 19398-3006 | DTE Bankruptcy Dept<br>3200 Hobson Street<br>Lower Level<br>Detroit MI 48201-2927 |
| DTE Energy<br>PO Box 2859<br>Detroit MI 48260-0001 | Dish Network<br>Dept. 0063<br>Palatine IL 60055-0001 | GC Services<br>6330 Gulfton<br>Houston TX 77081-1198 |
| GE Capital (Lowe's)<br>c/o Asset Acceptance<br>PO Box 2038<br>Warren MI 48090-2038 | GE Capital - Mervyn's<br>c/o Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090-2036 | Household Finance Corp.<br>1421 Kristina Way<br>Chesapeake VA 23320-8917 |

| | | |
|---|---|---|
| Irwin Home Equity<br>12677 Alcosta Blvd. Ste. 500<br>San Ramon, CA 94583-4422 | Jefferson Capital Systems LLC<br>P.O. Box 23051<br>Columbus, GA 31902-3051 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding LLC its successors and assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding LLC/Sears<br>c/o Associated Recovery Systems<br>PO Box 469099<br>Escondido CA 92046-9099 | Lord & Taylor<br>PO Box 745013<br>Cincinnati OH 45274-5013 |
| Macy's<br>PO Box 689195<br>Des Moines IA 50368-9195 | Marcy J. Ford<br>Trott and Trott<br>31440 Northwestern Highway Ste 200<br>Farmington Hills, MI 48334-5422 | Midwest Verizon Wireless<br>404 Brock Dr<br>Bloomington, IL 61701-2654 |
| NATIONAL CITY<br>PO BOX 500 K-A16-2J<br>PORTAGE, MI 49081-0500 | NORTH STAR CAPITAL ACQUISITIONS LLC<br>c/o Jefferson Capital Systems LLC<br>PO BOX 23051<br>COLUMBUS GA 31902-3051 | National City<br>PO Box 2349 #KA 16F5<br>Kalamazoo MI 49003-2349 |
| Nissan Motor Acceptance Corporation<br>P.O. Box 660366<br>DALLAS, TX 75266-0366 | Nissan Motor Acceptance Corporation<br>PO Box 894732<br>Los Angeles CA 90189-4732 | North Star Capital Acquisition, LLC<br>c/o Eduardo M. Pallares, Esq.<br>30400 Telegraph Road, Suite 151<br>Bingham Farms, MI 48025-5819 |
| North Star Capital Acquisition, LLC<br>c/o Tricia N. McKinnon, Esq.<br>P.O. Box 5016<br>Rochester, MI 48308-5016 | OAKLAND COUNTY TREASURER<br>1200 N TELEGRAPH<br>DEPT 479<br>PONTIAC<br>MI 48341-0479 | Oakland County Treasurer<br>c/o Kevin C. Calhoun<br>Calhoun & Di Ponio, PLC<br>31000 Telegraph Road<br>Suite 280<br>Bingham Farms, MI 48025-4319 |
| PHH Mortgage Corporation<br>4001 Leadenhall Rd<br>Mount Laurel, NJ 08054-4611 | PHH Mortgage Services<br>Mortgage Service Center<br>PO Box 5459<br>Mount Laurel NJ 08054-5459 | Penn Credit Corporation<br>PO Box 988<br>Harrisburg PA 17108-0988 |
| Portfolio Recovery Associates, LLC<br>P.O. Box 41067<br>Norfolk, VA 23541-1067 | Portfolio Recovery Associates, LLC.<br>PO Box 12914<br>NORFOLK VA 23541-0914 | ProLine Solutions Group, LLC<br>908 Niagara Falls Boulevard - Suite 245<br>North Tonawanda NY 14120-2020 |
| Providian Bank<br>c/o National Action Financial Services<br>165 Lawrence Bell Dr Ste 100 PO Box 9027<br>Williamsville NY 14231-9027 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Riexinger & Associates, LLC<br>PO Box 956188<br>Duluth GA 30095-9504 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Verizon North Inc.<br>404 Brock Drive<br>Bloomington, IL 61701-2654 | Verizon Wireless<br>1515 Woodfield Road<br>Suite 1400 / Bankruptcy<br>Schaumburg IL 60173-5497 |

| | | |
|---|---|---|
| WFNNB/New York & Company<br>c/o Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090-2036 | Wells Fargo Bank Minnesota<br>c/o Weltman, Weinberg & Reis Co. L.P.A.<br>2155 Butterfield Dr, Suite 200<br>Troy MI 48084-3450 | eCAST Settlement Corporation assignee of<br>GE Money Bank/Lord Taylor<br>POB 35480<br>Newark NJ 07193-5480 |
| David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 | Deborah Jean Shelton<br>2566 Davista Dr.<br>Highland, MI 48356-1622 | John C. Lange<br>Gold, Lange & Majoros, PC<br>24901 Northwestern Hwy.<br>Suite 444<br>Southfield, MI 48075-2223 |
| Robert Thomas Shelton Jr.<br>2566 Davista Dr.<br>Highland, MI 48356-1622 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Citizens Bank | (u)PHH Mortgage Corporation fka Cendant Mortg | (d)Co-op Services Credit Union<br>29550 Five Mile Road<br>Livonia, MI 48154-3710 |
| (d)North Star Capital Acquisitions LLC<br>c/o Jefferson Capital Systems LLC<br>PO Box 23051<br>Columbus GA 31902-3051 | End of Label Matrix<br>Mailable recipients   66<br>Bypassed recipients    4<br>Total                 70 | |